UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION  MDL No. 2996

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 7, 2021, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __ F.Supp.3d __ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 16, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: 6/16/2021

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION                                                                MDL No. 2996

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 6 | 21−00425 | Walker County, Alabama et al v. McKinsey & Company Inc et al |
| GEORGIA NORTHERN | | | |
| GAN | 3 | 21−00043 | Peach County, Georgia et al v. McKinsey & Company Inc. et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 21−00420 | Pope County, Illinois et al v. McKinsey & Company, Inc. et al |
| INDIANA SOUTHERN | | | |
| INS | 4 | 21−00043 | ORANGE COUNTY, INDIANA v. MCKINSEY & COMPANY, INC. et al. |
| INS | 4 | 21−00056 | SCOTT COUNTY, INDIANA v. MCKINSEY & COMPANY, INC. et al |
| INS | 4 | 21−00057 | CITY OF AUSTIN, INDIANA v. MCKINSEY & COMPANY, INC. et al |
| INS | 4 | 21−00062 | CITY OF MADISON, INDIANA v. MCKINSEY & COMPANY, INC. et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 21−00282 | The Board of Education of Jefferson County, Kentucky v. McKinsey & Company, Inc. United States |
| KYW | 3 | 21−00326 | The Fiscal Court of Breathitt County Kentucky et al v. McKinsey & Company, Inc. United States |
| KYW | 3 | 21−00328 | The City of Columbia et al v. McKinsey & Company, Inc. United States |
| KYW | 3 | 21−00333 | The Fiscal Court of Calloway County Kentucky et al v. McKinsey & Company, Inc. United States |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 21−00179 | Parish of Livingston v. McKinsey & Company, Inc. et al |
| MASSACHUSETTS | | | |

|     | MA | 1 | 21−10553 | Series 17−04−631, LLC v. McKinsey & Company, Inc. et al |
| --- | --- | --- | --- | --- |

MICHIGAN WESTERN

|     | MIW | 1 | 21−00314 | Cannon, Township of v. McKinsey & Company, Inc. et al |
| --- | --- | --- | --- | --- |

OHIO NORTHERN

|     | OHN | 1 | 21−45038 | Teamsters Local 404 Health Services and Insurance Plan v. McKinsey & Company, Inc. |
| --- | --- | --- | --- | --- |
|     | OHN | 1 | 21−45043 | Alaska Native Tribal Health Consortium et al v. McKinsey & Company, Inc. |
|     | OHN | 1 | 21−45047 | Port Gamble S'Klallam Tribe et al v. McKinsey & Company, Inc. |
|     | OHN | 1 | 21−45052 | Pala Band of Mission Indians et al v. McKinsey & Company, Inc. |
|     | OHN | 1 | 21−45053 | Navajo Nation v. McKinsey & Company, Inc. |
|     | OHN | 1 | 21−45069 | Southcentral Foundation v. McKinsey & Company, Inc. |

TENNESSEE EASTERN

|     | TNE | 3 | 21−00105 | Blount County, Tennessee et al v. McKinsey & Company, Inc. et al |
| --- | --- | --- | --- | --- |

WEST VIRGINIA SOUTHERN

|     | WVS | 3 | 21−00280 | The Board of Education of Mason County, West Virginia et al v. McKinsey & Company, Inc., United States |
| --- | --- | --- | --- | --- |